AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KELLY DAWN L.<br><br>*Plaintiff*<br>v.<br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 1:19-cv-03091-FVS |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2020

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 13) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on motions for Summary Judgment (ECF Nos. 12 and 13).

Date: 05/27/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*
Allison Yates